AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Seizure of <br> *(Briefly describe the property to be seized)* <br> Contents of safe deposit box in the name of Yadira Gastelum, at Bank of America, 3505 E. Imperial Hwy, Lynwood, California, which utilizes Key #X4680   ) ) ) ) ) | Case No.   12-MC-0037 |

## APPLICATION FOR A WARRANT
## TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____Central_____ District of _____California_____ is subject to forfeiture to the United States of America under ___21___ U.S.C. § ___881___ *(describe the property)*:

Contents of safe deposit box in the name of Yadira Gastelum, at Bank of America, 3505 E. Imperial Hwy, Lynwood, California, which utilizes Key #X4680

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Patricia Nelson, IRS  Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 10, 2012

_____
*Judge's signature*

City and state:   Denver, Colorado

BOYD N. BOLAND
United States Magistrate Judge
*Printed name and title*