AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Contents of safe deposit box in the name of Yadira Gastelum, at Bank of America, 3505 E. Imperial Hwy, Lynwood, California, which utilizes Key #X468 | ) ) ) ) ) Case No. 12-MC-0037 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Central_____ District of _____California_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Contents of safe deposit box in the name of Yadira Gastelum, at Bank of America, 3505 E. Imperial Hwy, Lynwood, California, which utilizes Key #X4680

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _February 24, 2012, at 12:00 noon_
*(not to exceed 14 days)*

☒ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____BOYD N. BOLAND_____.
United States Magistrate Judge *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _February 10, 2012, at 12:15 pm_   _____/s/ Boyd N. Boland_____
                                                                         *Judge's signature*

City and state: _Denver, Colorado_   **BOYD N. BOLAND**
                                          United States Magistrate Judge
                                          *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: 12-MC-0037 | Date and time warrant executed: 2-10-2012  12:40 P.M | Copy of warrant and inventory left with: Inside safe deposit box x4680 and Bank Manager Francisa Nunez |
|---|---|---|

Inventory made in the presence of:
Orange County Regional Narcotics Suppression Program Investigator Jason Bogosian

Inventory of the property taken:
Undetermined amount of U.S. Currency pending Official Count.
Nothing Follows

```
                FILED
   UNITED STATES DISTRICT COURT
        DENVER, COLORADO

          FEB 1 5 2012

      GREGORY C. LANGHAM
                          CLERK
```

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-15-2012

_Executing officer's signature_

Christopher R. Hussey, SA DEA
_Printed name and title_

Michael E. Hegarty
2/15/2012

Case No. 1:12-mc-00037-NONE-BNB   Document 3   filed 02/15/12   USDC Colorado   pg 2 of 3

AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Contents of safe deposit box in the name of Yadira Gastelum, at Bank of America, 3505 E. Imperial Hwy, Lynwood, California, which utilizes Key #X4680 | Case No. 12-MC-0037 |

## APPLICATION FOR A WARRANT
## TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Central___ District of ___California___ is subject to forfeiture to the United States of America under ___21___ U.S.C. § ___881___ *(describe the property)*:

Contents of safe deposit box in the name of Yadira Gastelum, at Bank of America, 3505 E. Imperial Hwy, Lynwood, California, which utilizes Key #X4680

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

*Applicant's signature*

Patricia Nelson, IRS Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 10, 2012

City and state: Denver, Colorado

*Judge's signature*
BOYD N. BOLAND
United States Magistrate Judge
*Printed name and title*